IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICKY A. JACKSON                                                          PLAINTIFF

           v.                        Civil No. 14-5143

FAIR DEAL BONDING; FIRST
ARKANSAS BAIL BONDING;
JUDGE GREEN, Circuit Court                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  He proceeds

*pro se* and *in forma pauperis.*

By order entered on April 2, 2015, a change of address was entered for the Plaintiff.  It was

noted he was no longer incarcerated.  Plaintiff was given until April 17, 2015, to provide the Court

with a new *in forma pauperis* (IFP) form.  Plaintiff failed to comply with the Court order.

On May 15, 2015, a show cause order was entered giving the Plaintiff until May 29, 2015,

to show cause why this case should not be dismissed based on his failure to comply with the Court

order.  Plaintiff was advised that if he failed to respond to the show cause order, I would

recommend that this case be dismissed.

Plaintiff has not responded to the show cause order.  The order was not returned as

undeliverable.  Plaintiff has not sought an extension of time to respond to the order or

communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice for failure to comply with

the orders of the Court and failure to prosecute this action.  Fed. R. Civ. P. 41(b).

-1-

The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 15th day of June 2015.

/s/ Erin L. Setser

HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-

AO72A
(Rev. 8/82)