IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICKY A. JACKSON                                                                                    PLAINTIFF

V.                                      CASE NO.: 5:14-CV-5143

FAIR DEAL BONDING; FIRST ARKANSAS
BAIL BONDING; and JUDGE GREEN, Circuit Court                             DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on June 15, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. However, the Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**

IT IS SO ORDERED on this 16th day of July, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE